IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00363-CMA-CBS

AIMEE KNIGHT,

    Plaintiff,

v.

NCC BUSINESS SERVICES, INC., a Florida corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 8). The Court having considered Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: March __25__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge